UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50048 |
| versus | JUDGE HICKS |
| BRODRICK COLLINS | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Brodrick Collins' Motion to Vacate [Doc. 52] is resolved by dismissing the motion without prejudice and permitting Collins an out-of-time direct appeal. To effectuate the out-of-time appeal, the Judgment in a Criminal Case [Doc. 41], originally entered on December 13, 2004, and the Amended Judgment in a Criminal Case [Doc. 43], originally entered on December 23, 2004, are hereby **reinstated** on the criminal docket as required by U. S. v. West, 240 F.3d 456 (5th Cir. 2001). The time for appeal is the ten day period permitted by F.R.A.P. 4(b)(1)(A).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of July, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE